WARREN GRAY, Jr., PLAINTIFF-APPELLANT, v. NATHAN CHOLODENKO, *ET AL.*, DEFENDANTS-RESPONDENTS.

Argued November 13, 1956—Decided November 26, 1956.

*Mr. Robert S. Hartgrove* argued the cause for the appellant.

*Mr. Fredrick J. Waltzinger* argued the cause for the respondents.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Clapp in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING and JACOBS—6.

*For reversal*—None.